Joseph S. May  SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 781-3333
Facsimile: (415) 398-1410
e-mail: joseph@josephmaylaw.com

Sanjay S. Schmidt  SBN 247475
LAW OFFICE OF SANJAY S. SCHMIDT
1686 2nd Street, Suite 219
Livermore, CA 94550
Telephone: (925) 215-7733
Fax: (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

Attorneys for Plaintiff
JOHN WETTSTEIN

Style Definition: Normal

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JOHN WETTSTEIN,

           Plaintiff,

      vs.

CITY AND COUNTY OF SAN
FRANCISCO; JACOB FEGAN; ROBERT
SANCHEZ; JOHN O'ROURKE; STEPHEN
BUCY; GEORGE GASCÓN and DOES 1-
20, inclusive,

          Defendants.

Case No. C11-05484-CRB (EDL)

**STIPULATION AND  ORDER
VACATING CURRENT HEARING
DATE FOR DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AND
EXTENDING DUE DATE FOR
PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND FOR
DEFENDANTS' REPLY TO
PLAINTIFF'S OPPOSITION**

Date Action Filed:    October 28, 2011
Removal:           November 10, 2011
Trial Date:          **Not Set**

//

//

//

//

STIPULATION AND PROPOSED ORDER VACATING      0           CASE NO. C11-05484-CRB (EDL)
CURRENT HEARING DATE AND EXTENDING DUE DATE
FOR OPPOSITION AND REPLY TO OPPOSITION

The parties hereby stipulate and respectfully request as follows:

1. The current hearing date for Defendants' Motion for Summary Judgment is March 1, 2013, at 10:00 a.m.

2. The current due date for Plaintiff's Opposition to Defendants' Motion for Summary Judgment is Friday, February 8, 2013.

3. Co-Counsel for Plaintiff John Wettstein, Sanjay S. Schmidt, is unavailable to attend the March 1, 2013 hearing due to a federal jury trial that is expected to still be in session on that date, and has requested additional time to file an opposition brief.

4. Defendants' counsel and Plaintiff's counsel have identified the next available hearing date for all counsel as April 12, 2013 and are hereby respectfully requesting that the hearing on Defendants' Motion for Summary Judgment be re-set to that hearing date.

5. Counsel for the Plaintiff and the Defendants have also agreed to extend the due date for Plaintiff's Opposition to Defendant's Motion for Summary Judgment by three business days, from February 8, 2013, to February 13, 2013, and have agreed to correspondingly extend the due date for Defendants' reply to Plaintiff's Opposition to February 22, 2013.

6. The parties have also agreed to vacate and re-set the February 26, 2013 hearing date on Plaintiff's pending Motion to Compel Discovery, which hearing date will be re-set to April 9, 2013.  Plaintiff will re-set that date within five calendar days of this stipulation.

7. Plaintiff further has agreed that he will conduct no further discovery between now and the hearing date on the motion for summary judgment, including the filing of any discovery motions.

8. Accordingly, the parties hereby respectfully request that the Court vacate the current hearing date of March 1, 2013 on Defendants' Motion for Summary Judgment and re-set the hearing to April 12, 2012 at the same time and place.

DATED:  February 6, 2013        LAW OFFICE OF JOSEPH S. MAY
                               LAW OFFICE OF SANJAY S. SCHMIDT

                               BY:   _/s/ Sanjay S. Schmidt_____

                               Attorneys for Plaintiff

DATED:  February 6, 2013        CITY AND COUNTY OF SAN FRANCISCO
                               CITY ATTORNEY'S OFFICE

                               BY:   _/s/ Bradley A. Russi_____

                               Attorneys for Defendants

### ORDER

IT IS HEREBY ORDERED that the due date for Plaintiff's Opposition to Defendant's Motion

for Summary Judgment shall be extended from February 8, 2013, to February 13, 2013, and the

due date for the Defendants' Reply shall be correspondingly extended to February 22, 2013; it is

FURTHER ORDERED that the currently set hearing date of March 1, 2013 on Defendants'

Motion for Summary Judgment shall be vacated and re-set to April 12, 2013, at 10:00, in

Courtroom 6.  Plaintiff shall reset the hearing date for the motion to compel within five business

days of the date the stipulation, and shall conduct no further discovery in this matter before the

date for the motion for summary judgment.


IT IS SO ORDERED.



         DATED:  February 8, 2013

                   HON.
                   United...