Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1410
joseph@josephmaylaw.com

Sanjay S. Schmidt   SBN 247475
LAW OFFICE OF SANJAY S. SCHMIDT
1686 2nd Street, Suite 219
Livermore, CA 94550
Telephone: (925) 215-7733
Facsimile: (925) 455-2486
sanjay.schmidt@gmail.com

Attorneys for Plaintiff
JOHN WETTSTEIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN WETTSTEIN,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; GEORGE GASCÓN and DOES 1-20, inclusive.<br><br>                    Defendants. | CASE NO.: C11-05484-CRB (EDL)<br><br>**STIPULATION AND PROPOSED ORDER TO RE-SET HEARING ON MOTION TO COMPEL [L.R. 7-7(b)(1)]** AS MODIFIED<br>Date:     February 26, 2013<br>Time:    2:00 p.m.<br>Place:   Courtroom E, 15th Floor<br>Judge:  Hon. Elizabeth D. Laporte<br><br>Action Filed: October 28, 2011<br>Removal:      November 10, 2011<br>Trial Date:     Not Set |

The Parties, through undersigned counsel, hereby stipulate and agree to re-set the hearing on Plaintiff's motion to compel from February 26, 2013 to April 9, 2013.

Dated: February 11, 2013            LAW OFFICE OF JOSEPH S. MAY


                                                    */s/ Joseph S. May*
                                                    _____
                                                    JOSEPH S. MAY, Attorney for Plaintiff

1

C11-05484-CRB (EDL)
STIPULATION AND ORDER TO RE-SET HEARING ON MOTION TO COMPEL

Dated: February 11, 2013     DENNIS J. HERRERA, CITY ATTORNEY

*/s/ Bradley A. Russi\**
By: BRADLEY A. RUSSI, Deputy City Attorney,
Attorneys for Defendants

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that the hearing on Plaintiff's motion to compel is re-set from February 26, 2013 to April 9, 2013. The briefing schedule set when the motion was filed (docket #48) remains in effect.

SO ORDERED.

Date: February 12, 2013

HON. ELI[ZABETH D. LAPORTE]
United Stat[es Magistrate Judge]

*IT IS SO ORDERED AS MODIFIED*
Judge Elizabeth D. Laporte

2

C11-05484-CRB (EDL)
STIPULATION AND ORDER TO RE-SET HEARING ON MOTION TO COMPEL