1  Joseph S. May   SBN 245924
   LAW OFFICE OF JOSEPH S. MAY
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone (415) 781-3333
   Facsimile (415) 398-1410
4  joseph@josephmaylaw.com

5  Sanjay S. Schmidt   SBN 247475
   LAW OFFICE OF SANJAY S. SCHMIDT
6  1686 2nd Street, Suite 219
   Livermore, CA 94550
7  Telephone: (925) 215-7733
   Facsimile: (925) 455-2486
8  sanjay.schmidt@gmail.com

9  Attorneys for Plaintiff
   JOHN WETTSTEIN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| JOHN WETTSTEIN,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; GEORGE GASCÓN and DOES 1-20, inclusive.<br><br>        Defendants. | CASE NO.: C11-05484-CRB (EDL)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO RE-SET HEARING ON MOTION TO COMPEL [L.R. 7-7(b)(1)]**<br>AS MODIFIED<br>Date:     February 26, 2013<br>Time:     2:00 p.m.<br>Place:    Courtroom E, 15th Floor<br>Judge:    Hon. Elizabeth D. Laporte<br><br>Action Filed:  October 28, 2011<br>Removal:       November 10, 2011<br>Trial Date:    Not Set |

The Parties, through undersigned counsel, hereby stipulate and agree to re-set the hearing on Plaintiff's motion to compel from February 26, 2013 to April 9, 2013.

Dated: February 11, 2013            LAW OFFICE OF JOSEPH S. MAY


                                    */s/ Joseph S. May*
                                    _____
                                    JOSEPH S. MAY, Attorney for Plaintiff

1

C11-05484-CRB (EDL)
STIPULATION AND ORDER TO RE-SET HEARING ON MOTION TO COMPEL

| | |
|---|---|
| Dated: February 11, 2013 | DENNIS J. HERRERA, CITY ATTORNEY |
| | */s/ Bradley A. Russi\** |
| | By: BRADLEY A. RUSSI, Deputy City Attorney, Attorneys for Defendants |
| | *Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document. |

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that the hearing on Plaintiff's motion to compel is re-set from February 26, 2013 to April 9, 2013. The briefing schedule set when the motion was filed (docket #48) remains in effect.

SO ORDERED.

Date: __February 12, 2013__   _____
HON. ELI[ZABETH D. LAPORTE]
United Sta[tes Magistrate Judge]

*IT IS SO ORDERED AS MODIFIED*
Judge Elizabeth D. Laporte

C11-05484-CRB (EDL)
STIPULATION AND ORDER TO RE-SET HEARING ON MOTION TO COMPEL

2