**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

JOHN WETTSTEIN,

No. CV 11-05484 CRB

12

Plaintiff,

**ORDER SETTING BRIEFING SCHEDULE**

13

v.

14

CITY AND COUNTY OF SAN FRANCISCO ET AL.,

15
16

Defendants.

_____/

17
18
19
20
21

Plaintiff John Wettstein has moved under Federal Rule of Civil Procedure 72 and Civil Local Rule 72-2 for relief from a Magistrate Judge's discovery order. See dkt. 96. The Court ORDERS Defendants to respond in a filing of no more than five pages by 5:00 p.m. on May 17, 2013. Plaintiff may, but need not, submit a reply of no more than three pages by 5:00 p.m. on May 23, 2013.

22

**IT IS SO ORDERED.**

23
24
25

Dated: May 8, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

26
27
28

G:\CRBALL\2011\5484\order requiring response.wpd