DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:     (415) 554-3837
E-Mail:        brad.russi@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO;
JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; and GEORGE GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY & COUNTY OF SAN FRANCISCO; JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; GEORGE GASCÓN; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 11-CV-5484-CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS STEPHEN BUCY AND JOHN O'ROURKE**<br><br>Trial Date:          Not Set |

**STIP. RE DISMISSAL OF BUCY & O'ROURKE**
**CASE NO.: 11-CV-5484-CRB**

The parties hereby stipulate that Plaintiff's claims against Defendants Stephen Bucy and John O'Rourke shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 13, 2013      LAW OFFICE OF JOSEPH S. MAY

By: *Joseph S. May\**
    JOSEPH S. MAY
    Attorney for Plaintiff John Wettstein

\* Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Dated: February 14, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
BRADLEY A. RUSSI
Deputy City Attorneys

By: */s/ Bradley A. Russi*
    BRADLEY A. RUSSI

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO;
JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; and
GEORGE GASCÓN

**SO ORDERED**.

Dated: May 20, 2013

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIP. RE DISMISSAL OF BUCY & O'ROURKE**
**CASE NO.: 11-CV-5484-CRB**