| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 |
| | Chief Trial Deputy |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762 |
| | BRADLEY A. RUSSI, State Bar #256993 |
| 4 | Deputy City Attorneys |
| | Fox Plaza |
| 5 | 1390 Market Street, Sixth Floor |
| | San Francisco, California 94102-5408 |
| 6 | Telephone: (415) 554-3964 |
| | Facsimile: (415) 554-3837 |
| 7 | E-Mail: brad.russi@sfgov.org |

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO;
JACOB FEGAN; ROBERT SANCHEZ; JOHN
O'ROURKE; STEPHEN BUCY; and GEORGE
GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN, | Case No. 11-CV-5484-CRB |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS STEPHEN BUCY AND JOHN O'ROURKE** |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO; JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; GEORGE GASCÓN; and DOES 1-20, inclusive, | Trial Date: Not Set |
| Defendants. | |

**STIP. RE DISMISSAL OF BUCY & O'ROURKE**
**CASE NO.: 11-CV-5484-CRB**

The parties hereby stipulate that Plaintiff's claims against Defendants Stephen Bucy and John O'Rourke shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 13, 2013          LAW OFFICE OF JOSEPH S. MAY

By: *Joseph S. May**
    JOSEPH S. MAY
    Attorney for Plaintiff John Wettstein

* Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Dated: February 14, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
BRADLEY A. RUSSI
Deputy City Attorneys

By: */s/ Bradley A. Russi*
    BRADLEY A. RUSSI

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO;
JACOB FEGAN; ROBERT SANCHEZ; JOHN
O'ROURKE; STEPHEN BUCY; and
GEORGE GASCÓN

**SO ORDERED**.

Dated: May 20, 2013

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**STIP. RE DISMISSAL OF BUCY & O'ROURKE**
**CASE NO.: 11-CV-5484-CRB**