IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL.,<br><br>　　　　Defendants. | No. CV 11-05484 CRB<br><br>**ORDER RE SEALING REQUEST** |

Plaintiff John Wettstein has moved under Local Civil Rule 79-5 to seal certain papers submitted in connection with his supplemental briefing on the pending motion for summary judgment. See dkt. 106. Wettstein noted in his motion that he did not believe that all of the materials met the standards required for sealing. The Court ORDERS Defendants to respond by noon (12 p.m.) on August 16, 2013, and to include a proposed sealing order. Failure to respond will result in the materials becoming part of the public record. See Local Civil Rule 79-5(d).

**IT IS SO ORDERED.**

Dated: August 8, 2013

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5484\order re seal request.wpd