IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN, | No. CV 11-05484 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO ET AL., | |
| Defendants. / | |

Defendants' request (dkt. 136) to continue the hearing on Plaintiff's Motion to Certify Defendants' Appeal as Frivolous (dkt. 131) is GRANTED. The hearing is continued from October 2, 2013 at 10:00 AM until October 16, 2013 at 10:00 AM. The parties are ordered to appear before Magistrate Judge Spero for a settlement conference.

The parties are hereby ordered to provide the Court with complete copies of all depositions by October 2, 2013 at 5:00 PM, to be filed under seal.

**IT IS SO ORDERED.**

Dated: October 1, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE