IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL.,<br><br>    Defendants.<br>_____/ | No. CV 11-05484 CRB<br><br>**ORDER** |

    Defendants' request (dkt. 136) to continue the hearing on Plaintiff's Motion to Certify Defendants' Appeal as Frivolous (dkt. 131) is GRANTED.  The hearing is continued from October 2, 2013 at 10:00 AM until October 16, 2013 at 10:00 AM.  The parties are ordered to appear before Magistrate Judge Spero for a settlement conference.

    The parties are hereby ordered to provide the Court with complete copies of all depositions by October 2, 2013 at 5:00 PM, to be filed under seal.

    **IT IS SO ORDERED.**

Dated: October 1, 2013

                                            CHARLES R. BREYER<br>                                            UNITED STATES DISTRICT JUDGE