```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Deputy
 3  MARGARET W. BAUMGARTNER, State Bar #151762
    BRADLEY A. RUSSI, State Bar #256993
 4  Deputy City Attorneys
    Fox Plaza
 5  1390 Market Street, Sixth Floor
    San Francisco, California 94102-5408
 6  Telephone:    (415) 554-3964
    Facsimile:    (415) 554-3837
 7  E-Mail:       brad.russi@sfgov.org

 8  Attorneys for Defendants
    CITY & COUNTY OF SAN FRANCISCO;
 9  JACOB FEGAN; ROBERT SANCHEZ; JOHN
    O'ROURKE; STEPHEN BUCY; and GEORGE
10  GASCÓN
```

**FILED**

OCT X 4 2013

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN, | Case No. 11-CV-5484-CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCUSING OFFICERS JACOB FEGAN AND ROBERT SANCHEZ FROM ATTENDING SETTLEMENT CONFERENCE |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO; JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; GEORGE GASCÓN; and DOES 1-20, inclusive, | Hearing Date:   October 9, 2013<br>Time:           11:00 a.m.<br>Place:          Courtroom G, 15th Floor<br>                Hon. Joseph C. Spero |
| Defendants. | Trial Date:     Not Set |

FOR GOOD CAUSE SHOWN, the Court issues the following Order:

After careful consideration of the request of Defendants' counsel, the Court has determined that Officers Jacob Fegan and Robert Sanchez are excused from attending the settlement conference scheduled for October 9, 2013.

DATED: 10/4/13

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

1

[Proposed] Order re. Req. to Excuse
CASE NO. 11-CV-5484-CRB