```
DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3964
Facsimile:    (415) 554-3837
E-Mail:       brad.russi@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO;
JACOB FEGAN; ROBERT SANCHEZ; JOHN
O'ROURKE; STEPHEN BUCY; and GEORGE
GASCÓN
```

FILED

OCT X 4 2013

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY & COUNTY OF SAN FRANCISCO;<br>JACOB FEGAN; ROBERT SANCHEZ;<br>JOHN O'ROURKE; STEPHEN BUCY;<br>GEORGE GASCÓN; and DOES 1-20,<br>inclusive,<br><br>   Defendants. | Case No. 11-CV-5484-CRB<br><br>[~~PROPOSED~~] ORDER EXCUSING OFFICERS JACOB FEGAN AND ROBERT SANCHEZ FROM ATTENDING SETTLEMENT CONFERENCE<br><br>Hearing Date:   October 9, 2013<br>Time:           11:00 a.m.<br>Place:          Courtroom G, 15th Floor<br>                Hon. Joseph C. Spero<br><br>Trial Date:     Not Set |

FOR GOOD CAUSE SHOWN, the Court issues the following Order:

After careful consideration of the request of Defendants' counsel, the Court has determined that Officers Jacob Fegan and Robert Sanchez are excused from attending the settlement conference scheduled for October 9, 2013.

DATED: 10/4/13

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

1

[Proposed] Order re. Req. to Excuse
CASE NO. 11-CV-5484-CRB