1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  MARGARET W. BAUMGARTNER, State Bar #151762
   BRADLEY A. RUSSI, State Bar #256993
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3964
   Facsimile:    (415) 554-3837
7  E-Mail:       brad.russi@sfgov.org

8
   Attorneys for Defendants
9  CITY & COUNTY OF SAN FRANCISCO;
   JACOB FEGAN; ROBERT SANCHEZ; JOHN
10 O'ROURKE; STEPHEN BUCY; and GEORGE
   GASCÓN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY & COUNTY OF SAN FRANCISCO; JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; GEORGE GASCÓN; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 11-CV-5484-CRB<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND ORDER TO VACATE PENDING DEADLINES**<br><br>Trial Date:        Not Set |

Not. of Settlement; Stipulation and Proposed Order       1                       n:\pdf docs\5484wettstein.doc
USDC CASE NO. **C11-5484-CRB**

PLEASE TAKE NOTICE that a settlement has been reached in this matter, pending approval of all appropriate governing bodies, including the San Francisco Police Commission and the San Francisco Board of Supervisors.  Following the approval of these governing bodies, the parties have agreed that Plaintiff will submit an application to this Court seeking recovery of reasonable attorneys' fees and costs.

The parties hereby stipulate and agree to vacate all pending deadlines and hearings to give the parties an opportunity to obtain the approval of the appropriate governing bodies, obtain a decision on Plaintiff's forthcoming fee application, and file a dismissal.  The parties agree to set this matter for a case management conference within ninety days to update the court on the status of the settlement.

Dated:  October 15, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
BRADLEY A. RUSSI
Deputy City Attorneys


By:  */s/ Bradley A. Russi*
       BRADLEY A. RUSSI

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO et al.

Dated:  October 15, 2013        LAW OFFICE OF JOSEPH S. MAY


By: */s/ Joseph S. May*
       JOSEPH S. MAY
       Attorney for Plaintiff John Wettstein


**SO ORDERED**.  A case management conference is set for _January 17, 2014 at 8:30 a.m..

Dated: October 15, 2013

_____
CHARLES R. BREYER
United States District Judge