1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
6 | Telephone:    (415) 554-3964
Facsimile:    (415) 554-3837
7 | E-Mail:        brad.russi@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO;
JACOB FEGAN; ROBERT SANCHEZ; JOHN
O'ROURKE; STEPHEN BUCY; and GEORGE
GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN WETTSTEIN, | Case No. 11-CV-5484-CRB |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT; STIPULATION AND ORDER TO VACATE PENDING DEADLINES** |
| vs. | |
| CITY & COUNTY OF SAN FRANCISCO; JACOB FEGAN; ROBERT SANCHEZ; JOHN O'ROURKE; STEPHEN BUCY; GEORGE GASCÓN; and DOES 1-20, inclusive, | Trial Date:     Not Set |
| Defendants. | |

1  PLEASE TAKE NOTICE that a settlement has been reached in this matter, pending approval
2  of all appropriate governing bodies, including the San Francisco Police Commission and the San
3  Francisco Board of Supervisors.  Following the approval of these governing bodies, the parties have
4  agreed that Plaintiff will submit an application to this Court seeking recovery of reasonable attorneys'
5  fees and costs.

6  The parties hereby stipulate and agree to vacate all pending deadlines and hearings to give the
7  parties an opportunity to obtain the approval of the appropriate governing bodies, obtain a decision on
8  Plaintiff's forthcoming fee application, and file a dismissal.  The parties agree to set this matter for a
9  case management conference within ninety days to update the court on the status of the settlement.

10 Dated: October 15, 2013

                                DENNIS J. HERRERA
                                City Attorney
                                CHERYL ADAMS
                                Chief Trial Attorney
                                MARGARET W. BAUMGARTNER
                                BRADLEY A. RUSSI
                                Deputy City Attorneys


                                By:   */s/ Bradley A. Russi*
                                      BRADLEY A. RUSSI

                                Attorneys for Defendants
                                CITY & COUNTY OF SAN FRANCISCO et al.

Dated: October 15, 2013         LAW OFFICE OF JOSEPH S. MAY


                                By: */s/ Joseph S. May*
                                    JOSEPH S. MAY
                                    Attorney for Plaintiff John Wettstein


**SO ORDERED**.  A case management conference is set for _January 17, 2014 at 8:30 a.m..

Dated: October 15, 2013

                                _____
                                CHARLES R. BREYER
                                United States District Judge

Not. of Settlement; Stipulation and Proposed Order    2    n:\pdf docs\5484wettstein.doc
USDC CASE NO. **C11-5484-CRB**