DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:      (415) 554-3837
E-Mail:          brad.russi@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO;
JACOB FEGAN; ROBERT SANCHEZ; JOHN
O'ROURKE; STEPHEN BUCY; and GEORGE
GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO;<br>JACOB FEGAN; ROBERT SANCHEZ;<br>JOHN O'ROURKE; STEPHEN BUCY;<br>GEORGE GASCÓN; and DOES 1-20,<br>inclusive,<br><br>   Defendants. | Case No. 11-CV-5484-CRB<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S FEE MOTION AND MARCH 21, 2014 CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:           Not Set |

Stip and [Proposed] Order                                    1            n:\pdf docs\5484wettstein.doc
Wettstein v. CCSF; Case No. 11-cv-5484-CRB

1  The San Francisco Board of Supervisors has approved the settlement reached in this case. The only remaining proceeding is the resolution of Plaintiff's forthcoming motion for fees and costs as the prevailing party.

The parties stipulate and agree as follows:

1. Plaintiff's fee motion is due on or before March 24, 2014.
2. Defendant's opposition to the fee motion is due on or before April 7, 2014.
3. Plaintiff's reply in support of the fee motion is due on or before April 14, 2014.
4. Plaintiff's fee motion will be noticed for hearing on May 2, 2014.
5. The case management conference scheduled for March 21, 2014, should be vacated. If the Court wishes to reschedule the case management conference, the parties suggest holding it in conjunction with the hearing on Plaintiff's fee motion.

Dated: March 4, 2014

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
BRADLEY A. RUSSI
Deputy City Attorney

By: */s/ Bradley A. Russi*
BRADLEY A. RUSSI
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: February 27, 2014

JOSEPH S. MAY
LAW OFFICES OF JOSEPH S. MAY

By: */s/ Joseph S. May*
JOSEPH S. MAY
Attorney for Plaintiff
JOHN WETTSTEIN


# ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for fees and costs is due on or before March 24, 2014.

2. Defendant's opposition to the fee motion is due on or before April 7, 2014.

3. Plaintiff's reply in support of the fee motion is due on or before April 14, 2014.

4. Plaintiff's fee motion will heard on May 2, 2014, at 10:00 a.m.

5. The case management conference scheduled for March 21, 2014, is vacated.

Dated:  February 28, 2014

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer