1  JOSEPH S. MAY, State Bar #245924
   LAW OFFICE OF JOSEPH S. MAY
2  744 Montgomery Street, Fifth Floor
   San Francisco, CA 94111
3  Telephone:    (415) 781-3333
   Facsimile:    (415) 398-1410
4  Email address:   joseph@josephmaylaw.com

5  SANJAY S. SCHMIDT, State Bar #247475
   LAW OFFICE OF SANJAY S. SCHMIDT
6  1686 2nd Street, Suite 219
   Livermore, CA 94550
7  Telephone:    (925) 215-7733
   Facsimile:    (925) 455-2486
8  Email address:   sanjay.schmidt@gmail.com

9  Attorneys for Plaintiff
   JOHN WETTSTEIN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WETTSTEIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; JACOB FEGAN; ROBERT SANCHEZ; GEORGE GASCÓN; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. C11-05484-CRB (EDL)<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S FEE MOTION**<br><br>Action Filed:　October 28, 2011<br>Trial Date:　　None set |

The Parties have agreed to fully and finally resolve this matter without the need for Plaintiff to file a fee motion. Therefore, the Parties respectfully request an order vacating the previous order setting a briefing schedule for the fee motion (Dkt. No. 161). Once Plaintiff receives the settlement funds, a request for dismissal will be filed.

STIPULATION AND ORDER RE FEE MOTION　　　1
CASE NO. C11-05484-CRB (EDL)

Dated: March 10, 2014

          DENNIS J. HERRERA
          City Attorney
          CHERYL ADAMS
          Chief Trial Deputy
          MARGARET W. BAUMGARTNER
          BRADLEY A. RUSSI
          Deputy City Attorneys


         By: */s/ Cheryl Adams*\*
          CHERYL ADAMS
          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO,
          JACOB FEGAN; ROBERT SANCHEZ;
          and GEORGE GASCÓN

Dated: March 10, 2014     LAW OFFICE OF JOSEPH S. MAY
          And
          LAW OFFICE OF SANJAY S. SCHMIDT


         By: */s/ Joseph S. May*
          JOSEPH S. MAY
          Attorney for Plaintiff
          JOHN WETTSTEIN

         \*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

## **ORDER**

Pursuant to the above stipulation, it is HEREBY ORDERED:

The order setting a briefing schedule for Plaintiff's motion for fees and costs (Dtk. No. 161) is HEREBY VACATED.

Dated: March 11, 2014            _____
                     HON. CHARLES R. BREYER
                       United

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER RE FEE MOTION  2
CASE NO. C11-05484-CRB (EDL)