**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN WETTSTEIN,                                            No. C 11-05484 CRB

      Plaintiff,                                            **ORDER OF DISMISSAL**

  v.

CITY AND COUNTY OF SAN FRANCISCO,

      Defendant.

_____/

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: March 21, 2014

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE