1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   CHERYL ADAMS, State Bar #164194
    Chief Trial Attorney
3   BRADLEY A. RUSSI, State Bar #256993
    Deputy City Attorney
4   1390 Market Street, 6th Floor
    San Francisco, California 94102-5408
5   Telephone:    (415) 554-3964
    Facsimile:    (415) 554-3837
6   Email address:    brad.russi@sfgov.org

7   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO
8   JACOB FEGAN; ROBERT SANCHEZ;
    and GEORGE GASCÓN
9

10  JOSEPH S. MAY, State Bar #245924
    LAW OFFICE OF JOSEPH S. MAY
11  744 Montgomery Street, Fifth Floor
    San Francisco, CA 94111
12  Telephone:    (415) 781-3333
    Facsimile:    (415) 398-1410
13  Email address:    joseph@josephmaylaw.com

14  SANJAY S. SCHMIDT, State Bar #247475
    LAW OFFICE OF SANJAY S. SCHMIDT
15  1686 2nd Street, Suite 219
    Livermore, CA 94550
16  Telephone:    (925) 215-7733
    Facsimile:    (925) 455-2486
17  Email address:    sanjay.schmidt@gmail.com

18  Attorneys for Plaintiff
    JOHN WETTSTEIN

19                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
20

21  JOHN WETTSTEIN,                        Case No. C11-05484-CRB (EDL)

22              Plaintiff,
                                           **STIPULATION AND [PROPOSED] ORDER OF**
23       vs.                               **DISMISSAL WITH PREJUDICE**

24  CITY & CNTY OF SAN FRANCISCO et al.     Action Filed:    October 28, 2011
                                            Trial Date:      None set
25              Defendants.

26          As noted by the Court in its conditional order dismissing this matter without prejudice (Dkt.

27  No. 167), the Parties have reached a settlement. The terms and conditions of the settlement having

28

    STIP & ORDER OF DISMISSAL W/ PREJUDICE        1
    CASE NO. C11-05484-CRB (EDL)

1   been fully satisfied, the Parties now hereby stipulate to an order dismissing the entire matter with

2   prejudice, all Parties to bear their respective costs and attorneys' fees.

3   Dated:  March 26, 2014                          DENNIS J. HERRERA
                                                    City Attorney
4                                                   CHERYL ADAMS
                                                    Chief Trial Deputy
5                                                   BRADLEY A. RUSSI
                                                    Deputy City Attorney
6

7                                              By: */s/ Bradley A. Russi* _____
                                                    BRADLEY A. RUSSI
8                                                   Attorneys for Defendants
9                                                   CITY AND COUNTY OF SAN FRANCISCO,
                                                    JACOB FEGAN; ROBERT SANCHEZ;
10                                                  and GEORGE GASCÓN

11

12  Dated: March 26, 2014                           LAW OFFICE OF JOSEPH S. MAY
                                                    And
13                                                  LAW OFFICE OF SANJAY S. SCHMIDT

14
                                               By: */s/ Joseph S. May* _____
15                                                  JOSEPH S. MAY
                                                    Attorney for Plaintiff
16                                                  JOHN WETTSTEIN

17                                                  *Pursuant to General Order 45, §X.B., the filer of this
                                                    document attests that he has received the concurrence of
18                                                  this signatory to file this document.

19

20                                      **ORDER**

21        Pursuant to the above stipulation, the Court HEREBY ORDERS the matter be and hereby is

22  DISMISSED WITH PREJUDICE, all Parties to bear their respective costs and attorneys' fees.

23

24

25  Dated: _____                      _____
                                                    HON. CHARLES R. BREYER
26                                                  United States District Judge

27

28

STIP & ORDER OF DISMISSAL W/ PREJUDICE          2
CASE NO. C11-05484-CRB (EDL)